No. 94–2123. JANUS INDUSTRIES, DBA ACAPULCO SMOKE SHOP, ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–2124. MILTON *v.* HELLER. C. A. 8th Cir. Certiorari denied.

No. 94–2126. BAPTIST MEMORIAL HOSPITAL *v.* PAN AMERICAN LIFE INSURANCE CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–2127. GEORGE ET AL. *v.* CASALE ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–2128. MIAN *v.* DONALDSON, LUFKIN & JENRETTE SECURITIES CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–2131. SMITH ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–2132. KELLER *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–2133. CRAWFORD *v.* UNITED STATES DEPARTMENT OF AGRICULTURE. C. A. D. C. Cir. Certiorari denied.

No. 94–2136. LEIK ET AL. *v.* SANTIAGO. Ct. App. Wis. Certiorari denied.

No. 94–2137. GENERAL MOTORS CORP. *v.* FRENCH ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–2138. WILEY ET AL. *v.* MAYOR AND CITY COUNCIL OF BALTIMORE. C. A. 4th Cir. Certiorari denied.

No. 94–8473. HOLLOWAY *v.* COLORADO DEPARTMENT OF CORRECTIONS ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–8485. GRAJEDA *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–8573. ESLICK *v.* TRAUGHBER ET AL. C. A. 6th Cir. Certiorari denied.